# Thompson *versus* M'Connell.

1. Where not one of the errors is assigned in accordance with the rules of court, it cannot be expected that they will be separately discussed and passed upon.

2. Strictly speaking, even if errors existed, the failure to assign them, as directed by the rules, is a waiver of them; and the judgment is to be affirmed, as a matter of course.

3. Errors not substantially assigned, as required by rules 6th, 7th, and 8th, adopted at Pittsburgh, September 6, 1852, published in the Appendix of 6 Harris's Reports, will be held the same as no assignments at all.

Error to the Court of Common Pleas of *Greene county.*

This was an action of ejectment for sixty-seven acres of land, —a gore—in Wayne township : but the opinion in this court being

entirely on the subject of practice, the facts are omitted, the opinion being sufficiently explanatory of itself.

*Downey* and *Lazear*, for plaintiff in error.

*Black* and *Phelan*, for defendant in error.

The opinion of the court was delivered January 14, 1856, by

KNOX, J.—We are satisfied with the reasons given by the Court of Common Pleas, for the instruction to the jury to find for the plaintiff.

When not one of the errors is assigned in accordance with the rules of court, it cannot be expected that they will be separately discussed and passed upon. Strictly speaking, even if errors existed, the failure to assign them, as directed by the rules, is a waiver of them; and the judgment is to be affirmed, as a matter of course. It may be gratifying to the plaintiff in error, in this case, to know that he has lost nothing by his disregard or neglect of our rules, in preparing his paper-book: but it is by no means certain that he would not have been the loser, if his case had not been hopelessly against him, under the most careful and correct presentation that could have been made of it. We are all agreed, that hereafter errors not substantially assigned, as required by the 6th, 7th and 8th rules adopted at Pittsburgh, September 6, 1852, and to be found in the appendix to 6 Harris, will be held the same as no assignments at all.

Judgment affirmed.